**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ALABAMA, MOBILE DIVISION

Case number *(if known)* _____  Chapter  **7**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Legacy Roof Contractors, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **81-5007769** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **32091 Broken Branch Cir** <br> **Spanish Fort, AL 36527-6001** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Baldwin** <br> County | **Location of principal assets, if different from principal place of business** <br> **32091 Broken Branch Cir Spanish Fort, AL 36527-6001** <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Legacy Roof Contractors, LLC** Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check all that apply.*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No
☐ Yes.

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 2

| Debtor | **Legacy Roof Contractors, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | Legacy Roof Contractors, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**March 29, 2021**__
MM / DD / YYYY

X **/s/ Parker Byrd**    **Parker Byrd**
Signature of authorized representative of debtor    Printed name

Title **Mgr/Mbr**

---

**18. Signature of attorney**

X **/s/ Marion E. Wynne, Jr.**    Date **March 29, 2021**
Signature of attorney for debtor    MM / DD / YYYY

**Marion E. Wynne, Jr.**
Printed name

**Wilkins, Bankester, Biles & Wynne, PA**
Firm name

**PO Box 1367**
**Fairhope, AL 36533-1367**
Number, Street, City, State & ZIP Code

Contact phone **(251) 928-1915**    Email address **twynne@wbbwlaw.com**

**9478-E55M**
Bar number and State

**United States Bankruptcy Court**
**Southern District of Alabama, Mobile Division**

IN RE:                                                                         Case No. _____

**Legacy Roof Contractors, LLC**                                          Chapter **7**
Debtor(s)

### VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **March 29, 2021**      Signature: */s/ Parker Byrd*
                                                **Parker Byrd, Mgr/Mbr**                             Debtor

Date: _____    Signature: _____
                                                                                                       Joint Debtor, if any

A. R. M. Solutions, Inc.
PO Box 3666
Camarillo, CA  93011-3666


Advanced Recovery Systems
PO Box 80766
Valley Forge, PA  19484-0766


AGA
Bankruptcy Dept
740 Walt Whitman Rd
Melville, NY  11747-2212


Alabama Power
PO Box 242
Birmingham, AL  35292-0001


Aluminum Products Wholesale
1516 Azalea Rd
Mobile, AL  36693-5218


American Recovery Service Incorp
555 Saint Charles Dr Ste 100
Thousand Oaks, CA  91360-3983


American Wallzone Supply
2520 Pelham Pkwy
Pelham, AL  35124-1321

Amsher Collection Services, Inc.
4524 Southlake Pkwy # 15
Hoover, AL  35244-3271


AT&T
PO Box 105262
Atlanta, GA  30348-5262


Baldwin County Sewer Service
PO Box 1628
Foley, AL  36536-1628


Barton Law, LLC
Amanda Barton
455 Pine Ave
Fairhope, AL  36532-2432


Beacon Sales Acquisition, Inc
2705 Southside Dr
Tuscaloosa, AL  35401-5612


Benjamin White
4 Cannonade Blvd
Spanish Fort, AL  36527-3014


BHK Financial
2222 S Dobson Rd Ste 1104
Mesa, AZ  85202-6201

```
BlueLine Rental
360 Limestone Bnd
Calera, AL   35040-1115


Brotherhood Mutual Insurance Company
6400 Brotherhood Way
Fort Wayne, IN   46825-4235


C2C Resources, LLC
56 Perimeter Ctr E Ste 100
Atlanta, GA   30346-2214


Cadence Bank
PO Box 4938
Houston, TX   77210-4938


Cadence Bank
PO Box 43467
Birmingham, AL   35243-0467


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT   84130-0285


Capital One Bank USA N
PO Box 30281
Salt Lake City, UT   84130-0281
```

Casey Cleveland
6650 Cottage Hill Rd Apt 1418
Mobile, AL  36695-3799


CB Roofing
Luis De La Cruz
1028 Blackstone Way
Fultondale, AL  35068-1343


CIT Bank, N.A.
155 Commerce Way
Portsmouth, NH  03801-3243


CJC Business Ventures, LLC
6650 Cottage Hill Rd Apt 1418
Mobile, AL  36695-3799


Crane Works, Inc
PO Box 336
Birmingham, AL  35201-0336


Credit System International, Inc
PO Box 1088
Arlington, TX  76004-1088


Daniels' Louver & Sheet Metal Co., Inc
3730 Halls Mill Rd
Mobile, AL  36693-5606

David P Shepherd
PO Box 454
Fairhope, AL  36533-0454


De Lage Landen Financial Services, Inc
PO Box 41602
Philadelphia, PA  19101-1602


De Lage Landen Financial Services,Inc
PO Box 41602
Philadelphia, PA  19101-1602


Delaware E-ZPass
PO Box 697
Dover, DE  19903-0697


DLS Roofing & Renovations
2930 19th St N
Hueytown, AL  35023-3134


East Alabama Portables
2680 Bynum Leatherwood Rd
Anniston, AL  36201-3338


En'Sured Quality Services, LLC
PO Box 147
Loxley, AL  36551-0147

Financial Accounts Services Team, Inc
PO Box 11567
Knoxville, TN  37939-1567


Gray Law Group, LLC
Patrick O. Gray
1490 N Bank Pkwy Ste 263
Tuscaloosa, AL  35406-2440


Gulfside Supply Inc dba Gulfeagle Supply
2900 E 7th Ave
Tampa, FL  33605-4200


H & D Roofing Services, LLC
207 Wooten Rd
Alabaster, AL  35007-5137


Home Depot
PO Box 6497
Sioux Falls, SD  57117-6497


Jamie Perez Avalos
6163 Joe Gollotte Rd
Theodore, AL  36582-3915


Lakeshore Environmental Contractors
5513 Eastcliff Industrial Loop
Birmingham, AL  35210-5418

```
Lewis Waste Disposal Services
PO Box 254
Headland, AL  36345-0254


Libertas Funding, LLC
73 High St # 334
Buffalo, NY  14203-1149


Linebarger Goggan Blair $ Sampson, LLP
PO Box 708906
San Antonio, TX  78270-8906


Luand Construction, Inc
Francisco Tunek
26641 Parker Ln
Robertsdale, AL  36567-4368


McCarthy, Burgess & Wolff
26000 Cannon Rd
Cleveland, OH  44146-1807


Medical Publishing
3179 Green Valley Rd
Birmingham, AL  35243-5239


Michael Kelly
137 Main St
Trussville, AL  35173-1442
```

Michael Sylkatis
107 Corner Cir
Daphne, AL  36526


N2 Publishing
PO Box 602906
Charlotte, NC  28260-2906


National Enterprise Systems
2479 Edison Blvd Unit A
Twinsburg, OH  44087-2476


National General Insurance
PO Box 89431
Cleveland, OH  44101-6431


National General Insurance
PO Box 3199
Winston Salem, NC  27102-3199


Newtek Small Business Finance, LLC
1981 Marcus Ave Ste 130
New Hyde Park, NY  11042-1046


Nicholas Benedetto
352 7th Ave Rm 907
New York, NY  10001-5012

NJ E-ZPass
PO Box 4971
Trenton, NJ  08650-4971


North Baldwin Utilities
25 Hand Ave
Bay Minette, AL  36507-4821


NYC Department of Finance
Parking Violations
PO Box 3600
New York, NY  10008-3600


Omussee C & D, LLC
4541 Kinsey Rd
Dothan, AL  36303-6221


Oneonta Discount Buildidng Supply
503 New St
Oneonta, AL  35121-1836


Overhead Door Company
PO Box 100906
Irondale, AL  35210-0906


Paramount Advertising and Lead Solutions
PO Box 595
Mount Prospect, IL  60056-0595

Parnell & Parnell, PA
PO Box 2189
Montgomery, AL  36102-2189


Radium2 Capital, LLC
300 Rxr Plz
Uniondale, NY  11556-3828


Regions Bank
Collections Support
PO Box 11407
Birmingham, AL  35246-0100


Regions Bank
PO Box 11007
Birmingham, AL  35288-0001


Riano Construction
Mary Noyola
2411 8th St SW
Huntsville, AL  35805-4013


Riviera Construction
151 Green Park S
Pelham, AL  35124-4334


Roberto Perez dba Perez Roofing
3924 Firetower Rd
Semmes, AL  36575-5358

Ruth Heredia
68 Scottsdale St
Millbrook, AL  36054-2380


Santek Waste Services
PO Box 538
Gardendale, AL  35071-0538


Sequium Asset Solutions, LLC
1130 Northchase Pkwy SE Ste 150
Marietta, GA  30067-6429


Solomon Roofing
7652 Old Bradford Rd
Pinson, AL  35126-2826


Solomon Roofing
1636 1st St NE
Birmingham, AL  35215-5604


Spectrum Business
PO Box 742614
Cincinnati, OH  45274-2614


SRS Distribution
7440 State Highway 121
McKinney, TX  75069-2196

State of Alabama, Dept of Revenue
Legal Division
PO Box 320001
Montgomery, AL  36132-0001


Strong Law Firm, P.C.
E. B. Strong
300 Vestavia Pkwy Ste 3700
Birmingham, AL  35216-3777


Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA  30384-9211


Taura Domingue
1928 Hogan Dr
Gulf Shores, AL  36542-7400


Tips's Cabinet Shop
305 Railroad Ave
Oneonta, AL  35121-2181


TNT Seamless Gutters, LLC
22630 Ironstone Cv
Mc Calla, AL  35111-2578


Tolls by Mail
PO Box 15183
Albany, NY  12212-5183

Traveler's
PO Box 5600
Hartford, CT  06102-5600


Tri-State Abatement
10629 Txr Rd
Vance, AL  35490-2831


TSYS
12202 Airport Way Ste 100
Broomfield, CO  80021-2596


United Rentals
PO Box 100711
Atlanta, GA  30384-0711


Violation Processing Department
PO Box 26925
San Francisco, CA  94126-6925


Wallace Jordan Ratliff & Brandt, LLC
Larry Logsdon
PO Box 530910
Birmingham, AL  35253-0910


Waste Pr
PO Box 865261
Orlando, FL  32886-5261

```
Waste Pro
PO Box 865225
Orlando, FL  32886-5225


Waste Services of Alabama
101 Mary Buckelew Pkwy
Gardendale, AL  35071-3265


Wells Fargo Vendor Financial Srvcs
PO Box 014545
Des Moines, IA  50306-3545


WinSouth Credit Union
110 S 26th St
Gadsden, AL  35904-1935


Wire Grass Elecgric Cooperative
PO Box 2153
Birmingham, AL  35287-0002
```